UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

FILED
CLERK, U.S. DISTRICT COURT
September 7, 2016.
CENTRAL DISTRICT OF CALIFORNIA
BY: ____VPC____ DEPUTY

MICHAEL MONACO, on behalf of himself and all others similarly situated,

Plaintiff,

v.

D.A. DAVIDSON COMPANIES,

Defendant.

Case No. 5:16-cv-00332-SJO-DTB

**CLASS ACTION**

**ORDER GRANTING JOINT STIPULATION REGARDING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

The Court, having been advised that the Parties reached a settlement in private mediation, and having considered the Parties' Stipulation Regarding Preliminary Approval of Class Action Settlement, hereby ORDERS that:

1. The Joint Motion for Preliminary Approval of Class Action Settlement shall be filed no later than Tuesday, September 20, 2016;

2. The hearing on the Joint Motion for Preliminary Approval of Class Action Settlement shall be on Monday, October 17, 2016 at 10:00 a.m.;

3. All other dates remain firm.

IT IS SO ORDERED.

DATED: September 7, 2016.

*S. James Otero*
_____
Honorable S. James Otero

ORDER GRANTING JOINT STIPULATION RE PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
Case No. 5:16-CV-00332-SJO-DTM