STUTHEIT KALIN LLC
Kyann C. Kalin (SBN 209030)
Kyann@stutheitkalin.com
308 SW First Avenue, Suite 325
Portland, OR 97204
Telephone: (971) 285-7578
Facsimile: (503) 715-5670

Attorneys for Plaintiff
MICHAEL MONACO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

|  |  |
|---|---|
| MICHAEL MONACO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>D.A. DAVIDSON COMPANIES,<br><br>Defendant. | Case No.  5:16-cv-00332-SJO-DTB<br><br>**CLASS ACTION**<br><br>**ORDER REGARDING STIPULATION RE CIVIL LOCAL RULE 23-3** |

The Court, having reviewed the parties Stipulation Regarding Civil Local Rule 6-1, hereby ORDERS that Plaintiff shall have until January 16, 2017 to file a Motion for Final Approval of Class Action Settlement and a Motion for Attorneys' Fees, Costs, and Class Representative Award.

IT IS SO ORDERED

DATED: January 3, 2017

_S. James Otero_

_____

Honorable S. James Otero